UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

UNITED STATES OF AMERICA,

        -against-

BERNARD L. MADOFF,

        Defendant.

---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/09

08 Mag. 2735

Defendant Bernard L. Madoff is released on bail under the following conditions:

1. A $10 million personal recognizance bond signed by Mr. Madoff, his wife, and his brother, and secured by confessions of judgment on properties in New York, N.Y., Montauk, N.Y., and Palm Beach, Fl.;

2. The surrender of Mr. and Mrs. Madoff's passports;

3. Other than for scheduled court appearances, Mr. Madoff is confined to home detention in his Manhattan apartment 24 hours a day, with an electronic monitoring;

4. Employment at his wife's expense of a security firm acceptable to the Government, to provide the following services to prevent harm and flight:

    a. round-the-clock monitoring at Mr. Madoff's building, 24 hours per day, including video monitoring of all of the Defendant's apartment door(s), and communication devices and services permitting it to send a direct signal from an observation post to the Federal Bureau of Investigation in the event of the appearance of harm or flight;

    b. the security firm will provide additional guards available on request if necessary to prevent harm or flight;

5. Incorporation of the restrictions set forth in the preliminary injunction entered on December 18, 2008, in the case SEC v. Madoff and Bernard L. Madoff Investment Securities LLC, 08 Civ. 10791, before District Judge Louis L. Stanton, including restrictions on transfer of all property whatsoever, wherever located, in the possession or under the control of Mr. Madoff;

6. Incorporation of the restrictions set forth in the voluntary restraint agreement signed by Mrs. Madoff on December 26, 2008;

7. Mr. Madoff must compile an inventory of all valuable portable items in his Manhattan home. The Government and Mr. Madoff are to agree on a threshold value for inventory items by January 21, 2009. In addition to providing this inventory to the Government, Casale Associates, or another security company approved by the Government, shall check the inventory every two weeks;

8. Mr. Madoff must compile an inventory of all valuable portable items in the aforementioned properties in Montauk, N.Y. and Palm Beach, Fl., as well as property owned by Mrs. Madoff located in Antibes, France; and

9. Casale Associates, or another security company approved by the Government, shall search all outgoing physical mail in New York, N.Y. to ensure that no property has been transferred.

SO ORDERED:

_____
Lawrence M. McKenna
United States District Judge

DOCSNY-345685v01