UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
                       Plaintiff      :      Index No. 08 MAG 2735

- against -      :      AFFIDAVIT
                                      :      OF BERNARD L. MADOFF
BERNARD L. MADOFF,
                       Defendant.  :
------------------------------------------------------------x

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

       BERNARD L. MADOFF ("Defendant") being duly sworn, under penalty of perjury, deposes and says:

       1.     I have read and understood the attached Order dated January 16, 2009, from Judge Lawrence M. McKenna regarding my bail conditions (the "Order").

       2.     I agree to adhere to and abide by all terms of the Order.

                                                                        BERNARD L. MADOFF

Sworn to before me this
____ day of January, 2009

_____
Notary Public
JESSICA SHANNON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SH6136253
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES 11/07/2009

           DOCSNY-345925v01