UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NOTICE OF INTENT TO FILE AN INFORMATION |
| BERNARD L. MADOFF, | : 09 Cr. _____ |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       March 6, 2009

LEV L. DASSIN
Acting United States Attorney

By: _____
Marc Litt/Lisa Baroni
Assistant United States Attorneys

AGREED AND CONSENTED TO:

By: _____
Ira Lee Sorkin, Esq.
Attorney for Bernard L. Madoff