UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA              :

    - v -                                                    :

BERNARD L. MADOFF,                        :         08 Mag. 2735 (DC)

       Defendant.                             :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/09

      Upon the motion of the United States of America dated March 6, 2009, it is found that (a) there are thousands of potential victims in this case; (b) thousands of additional potential victims who have not yet been identified by the Government, and no readily available compilation of such individuals and entities, and (c) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

      It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

      Accordingly, it is hereby ORDERED

      That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

      1.    The United States Attorney's Office will post notification about scheduled public proceedings on its Internet website at http://www.usdoj.gov/usao/nys on a separate Web page for this case and that page will also provide the following information:

      a.      The caption, case number and assigned judge for the case for which notification is made;

      b.      A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

      c.      A listing of public proceedings scheduled in the case; and

      d.      The name and contact information for a United States Attorney's Office official with responsibility for addressing victims rights.

4.      The Government will update its Internet posting relating to this case to reflect scheduled public proceedings, within a reasonable period of time of such scheduling.

5.      The Government will seek the agreement of the Court-appointed Trustee for the liquidation of Bernard L. Madoff Investment Securities (the "SIPC Trustee") to include on its website, http://www.madoff.com, a link to the United States Attorney's Office's website for potential victims seeking information about public proceedings in the criminal case.

6.      The Internet posting by the Government will specify that the Court, in order to conduct orderly proceedings and to maintain a reasonable schedule, requires notice prior to the plea proceeding scheduled for March 12, 2009, from potential victims who wish to be heard during that proceeding. Therefore, any potential victim who wishes to be heard shall send a

notice by 10:00 a.m. on March 11, 2009, to the United States Attorney's Office at the following email address: usanys.madoff@usdoj.gov. The Court will rule on whether, and the manner in which, victims may be heard at the proceeding.

Dated: New York, New York
March 6, 2009

SO ORDERED:

HONORABLE DENNY CHIN
UNITED STATES DISTRICT JUDGE

7. The Government shall forthwith post this order and its Motion Pursuant To 18 U.S.C. § 3771 on its website. (DC)